# In the United States Court of Federal Claims

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*

**AURORA MILITARY HOUSING, LLC,**
**et al., and AETC II PRIVATIZED**
**HOUSING, LLC, et al.,**

                     **Plaintiffs,**

    **v.**

**UNITED STATES,**

                     **Defendant.**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*

\*
\*
\* **Nos. 21-2182C; 22-345C; 22-346C;**
\* **22-348C; 22-349C; 22-350C; 22-**
\* **351C; 22-352C; 22-353C; 22-354C;**
\* **22-355C; 22-356C; 22-357C; 22-**
\* **358C; 22-359C; 22-360C; 22-361C;**
\* **22-362C; 22-363C**
\* **Filed: May 30, 2024**
\*
\*
\*

## O R D E R

The court is in receipt of defendant's motion to dismiss the complaint in the case of <u>Aurora Military Housing, LLC, et al. v. United States</u>, No 21-2182C and defendant's omnibus motion to dismiss the consolidated plaintiffs' complaints in <u>AETC II Privatized Housing, LLC, et al. v. United States</u>, No. 22-345C, and the related cases, reflected in the case numbers cited above, both pursuant to Rule 12(b)(6) of the Rules of the United States Court of Federal Claims. After extensive review and consideration, the court **SCHEDULES** a status conference for **Thursday, June 6, 2024, at 2:00 p.m.**, **EDT**. The status conference will take place on zoom and the court will provide the details of the status conference to the parties at a later date.

    **IT IS SO ORDERED**.

                                  s/Marian Blank Horn
                                **MARIAN BLANK HORN**
                                    **Judge**